Certificate Number: 02998-NJ-DE-029129366

Bankruptcy Case Number: 17-10669



02998-NJ-DE-029129366

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 22, 2017</u>, at <u>5:51</u> o'clock <u>AM EDT</u>, <u>Miguel E Cunha</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>April 22, 2017</u>            By:   <u>/s/Maria Gomez</u>

                                    Name:   <u>Maria Gomez</u>

                                    Title:   <u>Counselor</u>