UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank National Association, as Trustee for Terwin
Mortage Trust 2005-8HE, Asset-Backed Certificates,
Series 2005-8HE

**Order Filed on January 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  17-10669-MBK

Adv. No.:

Hearing Date: 1/10/2017 @ 1:00 p.m.

Judge:  Michael B. Kaplan

In Re:
        Miguel E. Cunha,

Debtor.

## ORDER TEMPORARILY REINSTATING STAY & ADJOURNING HEARING TO FEBRUARY 20, 2018

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: January 10, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Miguel E. Cunha
Case No:  17-10669-MBK
Caption of Order:  ORDER TEMPORARILY REINSTATING STAY & ADJOURNING HEARING TO
FEBRUARY 20, 2018
_____

      This matter having been brought before the Court by Debtor Miguel E. Cunha on shortened time,
Christopher Cassie, Esquire appearing, upon a motion to reimpose the automatic stay as to real property
known as 113 Fernwood Avenue, Burlington, NJ 08016, and this Court having considered the representations
of attorneys for Debtor and KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National
Association, as Trustee for Terwin Mortgage Trust 2005-8HE, Asset-Backed Certificates, Series 2005-8HE,
Denise Carlon appearing, and it appearing that notice of said motion was properly served upon all parties
concerned, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to real property known
as 113 Fernwood Avenue, Burlington, NJ 08016, is hereby temporarily REINSTATED through and
including February 20, 2018; and

      It is further **ORDERED, ADJUDGED and DECREED** that hearing on the motion to reimpose the
automatic stay as to the subject property is hereby adjourned to February 20, 2018.