UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEE M. PERLMAN
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
856-751-4224

Order Filed on January 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MIGUEL CUNHA

Case No.: 17-10669 MBK

Chapter: 13

Judge: MBK

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 10, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of _____Miguel Cunha_____ for the reduction of time for a hearing on  Motion to Reinstate the Automatic Stay as to Specialized Loan Servicing
_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____January 10, 2018_____ at _1:00 p.m._ in the United States Bankruptcy Court, _____402 East State Street, Trenton, New Jersey 08608_____, Courtroom No. __8__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee and any and all interested parties.
_____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.
x TELEPHONIC NOTICE

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☐ must be provided to _____

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

    6. A *Certification of Service* must be filed prior to the hearing date.

    7. Any objections to the motion/application identified above:

        ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

        _____ day(s) prior to the scheduled hearing; or

        ☐ may be presented orally at the hearing.
        x Day of hearing 1/10/2018.

    8.   ☐ Court appearances are required to prosecute the motion/application and any objections.

        ☒ Parties to appear by phone, please arrange with COURTCALL.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Miguel E. Cunha  
    Debtor

Case No. 17-10669-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 10, 2018  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.  
db          +Miguel E. Cunha,   113 Fernwood Ave,   Burlington, NJ 08016-2501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:  
          Albert    Russo    docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin  
           Mortgage Trust 2005-8HE, Asset-Backed Certificates, Series 2005-8HE dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Jason Brett Schwartz    on behalf of Creditor    Consumer Portfolio Services  
           jschwartz@mesterschwartz.com  
          Lee Martin Perlman    on behalf of Debtor Miguel E. Cunha ecf@newjerseybankruptcy.com,  
           lmpcourt@gmail.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                          TOTAL: 5