UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank National Association, as Trustee for Terwin Mortage Trust 2005-8HE, Asset-Backed Certificates, Series 2005-8HE

In Re:
    Miguel E. Cunha,

Debtor.



Order Filed on January 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-10669-MBK

Adv. No.:

Hearing Date: 1/10/2017 @ 1:00 p.m.

Judge: Michael B. Kaplan

# ORDER TEMPORARILY REINSTATING STAY & ADJOURNING HEARING TO FEBRUARY 20, 2018

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 10, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Miguel E. Cunha
Case No:  17-10669-MBK
Caption of Order:  ORDER TEMPORARILY REINSTATING STAY & ADJOURNING HEARING TO FEBRUARY 20, 2018
_____

This matter having been brought before the Court by Debtor Miguel E. Cunha on shortened time, Christopher Cassie, Esquire appearing, upon a motion to reimpose the automatic stay as to real property known as 113 Fernwood Avenue, Burlington, NJ 08016, and this Court having considered the representations of attorneys for Debtor and KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-8HE, Asset-Backed Certificates, Series 2005-8HE, Denise Carlon appearing, and it appearing that notice of said motion was properly served upon all parties concerned, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to real property known as 113 Fernwood Avenue, Burlington, NJ 08016, is hereby temporarily REINSTATED through and including February 20, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that hearing on the motion to reimpose the automatic stay as to the subject property is hereby adjourned to February 20, 2018.

United States Bankruptcy Court
District of New Jersey

In re:  
Miguel E. Cunha  
    Debtor

Case No. 17-10669-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin                 Page 1 of 1                  Date Rcvd: Jan 10, 2018
                       Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.
db             +Miguel E. Cunha,    113 Fernwood Ave,    Burlington, NJ 08016-2501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:
         Albert     Russo    docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee for Terwin
          Mortgage Trust 2005-8HE, Asset-Backed Certificates, Series 2005-8HE dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Jason Brett Schwartz    on behalf of Creditor   Consumer Portfolio Services
          jschwartz@mesterschwartz.com
         Lee Martin Perlman    on behalf of Debtor Miguel E. Cunha ecf@newjerseybankruptcy.com,
          lmpcourt@gmail.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 5