# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY, TRENTON DIVISION

In re   MIGUEL E CUNHA                                         Case No.  17-10669-MBK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | CONSUMER PORTFOLIO SERVICES , INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

eCAST Settlement Corporation
c/o Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-1245

Court Claim # (if known):   2
Amount of Claim:   $16,922.40
Date Claim Filed:   1/25/2017

Email:  proofofclaim@becket-lee.com
Phone:  610-228-2570
Last Four Digits of Acct #:   8301
Last Four of Alternate Acct #:

Email:
Phone:
Last Four Digits of Acct #:   8301
Last Four of Alternate Acct #:

Name and Address where transferee payments should be sent (if different from above):

eCAST Settlement Corporation
PO Box 29262
New York, NY 10087-9262

Email:   payments@becket-lee.com
Phone:
Last Four Digits of Acct #:   8301
Last Four of Alternate Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Larry Butler                                           Date:  2/2/2018

Larry Butler, Claims Administrator
Becket & Lee LLP

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*