**Mester and Schwartz, P.C.**
**Jason Brett Schwartz, Esquire**
**Bar No. 4217**
**1333 Race Street**
**Philadelphia, PA 19107**
**(267) 909-9036**

**ATTORNEY FOR CREDITOR: CONSUMER PORTFOLIO SERVICES**

### IN THE BANKRUPTCY COURT FOR THE
### DISTRICT OF NEW JERSEY (TRENTON)
### HONORABLE MICHAEL B. KAPLAN

| In re: | : | Case No. 17-10669-MBK |
|---|---|---|
| MIGUEL E. CUNHA, | : | Chapter 13 |
| Debtor, | : | Hearing Date: Sept. 19, 2017 at 10:00 a.m. |

### NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY
### FOR FAILURE TO MAKE PAYMENTS OUTSIDE OF PLAN

TO THE CLERK OF COURTS:

Kindly withdraw the Motion for Relief from Stay for Failure to Make Payments Outside of Plan filed by Movant, Consumer Portfolio Services, Inc., on August 15, 2017 at Doc. No. 21. The claim has been transferred to another creditor.

MESTER AND SCHWARTZ, P.C.

/s/ Jason Brett Schwartz
Jason Brett Schwartz, Esq.
Counsel for Movant