UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

Case No.: 17-10669-MBK

Chapter 13

**In Re:**

**MIGUEL E. CUNHA,**

    **Debtor**

Hearing Date: September 19, 2017

Judge: Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

    ☐ Settled  ✓ Withdrawn

Matter: Motion for Relief from Automatic Stay

Date: March 2, 2018        /s/ Jason Brett Schwartz
                Signature