| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/17/2018
**Chapter 13 Case No. 17-10669 / MBK**

| | |
|---|---|
| Miguel E. Cunha | Petition Filed Date: 01/12/2017 |
| 113 Fernwood Ave | 341 Hearing Date: 03/02/2017 |
| Burlington  NJ    08016 | Confirmation Date: 05/23/2017 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2017 | $883.00 | 36795260 | 03/02/2017 | $883.00 | 37614580 | 04/03/2017 | $883.00 | 38496710 |
| 05/05/2017 | $883.00 | 39413220 | 06/21/2017 | $1,014.00 | 40586910 | 08/02/2017 | $1,014.00 | 41733340 |
| 09/20/2017 | $1,014.00 | 42942520 | 11/09/2017 | $2,038.00 | 44312720 | 01/16/2018 | $1,014.00 | 45883780 |

**Total Receipts for the Period: $9,626.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $9,626.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Miguel E. Cunha | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | LEE M PERLMAN, ESQ | Attorney Fees | $2,845.00 | $2,845.00 | $0.00 |
| 1 | REGIONAL ACCEPTANCE<br>»» DEF BAL/2004 DODGE RAM | Unsecured Creditors | $5,581.02 | $0.00 | $0.00 |
| 2 | ECAST SETTLEMENT CORP<br>»» 2006 DODGE RAM/CONSUMER PORTFOLIO | Debt Secured by Vehicle | $468.78 | $47.78 | $421.00 |
| 3 | U.S. BANK NATIONAL ASSOCIATION<br>»» P/113 FERNWOOD AVE/1ST MTG | Mortgage Arrears | $50,938.38 | $5,192.31 | $45,746.07 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,626.00 | Percent to General Unsecured Creditors: 0% | |
| Paid to Claims: | $8,085.09 | Current Monthly Payment: | $1,014.00 |
| Paid to Trustee: | $592.82 | Arrearages: | $3,032.00 |
| Funds on Hand: | $948.09 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**