Office Mailing Address:

Albert Russo, Trustee
CN 4853
Trenton, NJ  08650

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 17-10669 / MBK**

Miguel E. Cunha

Petition Filed Date: 01/12/2017
341 Hearing Date: 03/02/2017
Confirmation Date: 05/23/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2018 | $1,014.00 | 45883780 | 02/21/2018 | $1,014.00 | 46849130 | 05/02/2018 | $2,028.00 | 48791520 |
| 08/22/2018 | $1,014.00 | 51687520 | 08/24/2018 | ($1,014.00) | 51687520 | 08/27/2018 | $1,000.00 | 1508408297 |
| 10/09/2018 | $1,000.00 | | 12/11/2018 | $1,500.00 | | | | |

**Total Receipts for the Period:  $7,556.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $16,168.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Miguel E. Cunha | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | LEE M PERLMAN, ESQ | Attorney Fees | $2,845.00 | $2,845.00 | $0.00 |
| 1 | REGIONAL ACCEPTANCE<br>»» DEF BAL/2004 DODGE RAM | Unsecured Creditors | $5,581.02 | $0.00 | $0.00 |
| 2 | ECAST SETTLEMENT CORP<br>»» 2006 DODGE RAM/CONSUMER PORTFOLIO | Debt Secured by Vehicle | $468.78 | $91.34 | $377.44 |
| 3 | U.S. BANK NATIONAL ASSOCIATION<br>»» P/113 FERNWOOD AVE/1ST MTG | Mortgage Arrears | $50,938.38 | $11,307.39 | $39,630.99 |
| 4 | U.S. BANK NATIONAL ASSOCIATION<br>»» 113 FERNWOOD AVE/ORDER 3/6/18 | Mortgage Arrears | $881.00 | $881.00 | $0.00 |

**Chapter 13 Case No. 17-10669 / MBK**

---

**SUMMARY**

---

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,168.00 | Percent to General Unsecured Creditors: 0% | |
| Paid to Claims: | $15,124.73 | Current Monthly Payment: | $1,145.00 |
| Paid to Trustee: | $1,030.55 | Arrearages: | $4,225.00 |
| Funds on Hand: | $12.72 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**