UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Miguel E. Cunha

Debtor(s)

Case No.: 17-10669 / MBK

Judge: Michael B. Kaplan

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On May 14, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: May 14, 2019

/s/ Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Miguel E. Cunha<br>113 Fernwood Ave<br>Burlington, NJ  08016 | Debtor(s) | Regular Mail |
| LEE M PERLMAN, ESQ<br>STE 100<br>1926 GREENTREE RD<br>CHERRY HILL,  NJ  08003-1100 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |