Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−10669−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Miguel E. Cunha
   113 Fernwood Ave
   Burlington, NJ 08016

Social Security No.:
   xxx−xx−6191

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/25/19 at 09:00 AM

to consider and act upon the following:

*52* − Certification in Opposition to (related document:50 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 8/27/2019. (Attachments: # 1 Proposed Order) filed by Trustee Albert Russo) filed by Lee Martin Perlman on behalf of Miguel E. Cunha. (Perlman, Lee)

Dated: 8/28/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court