| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 17-10669 / MBK**

Miguel E. Cunha

Petition Filed Date: 01/12/2017
341 Hearing Date: 03/02/2017
Confirmation Date: 05/23/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2019 | $1,500.00 | | 06/19/2019 | $7,350.00 | | 10/02/2019 | $1,200.00 | |
| 10/10/2019 | $1,200.00 | | 11/12/2019 | $1,350.00 | | | | |

**Total Receipts for the Period: $12,600.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $30,118.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Miguel E. Cunha | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | LEE M PERLMAN, ESQ | Attorney Fees | $2,845.00 | $2,845.00 | $0.00 |
| 1 | REGIONAL ACCEPTANCE<br>»» DEF BAL/2004 DODGE RAM | Unsecured Creditors | $5,581.02 | $0.00 | $0.00 |
| 2 | ECAST SETTLEMENT CORP<br>»» 2006 DODGE RAM/CONSUMER PORTFOLIO | Debt Secured by Vehicle | $468.78 | $201.10 | $267.68 |
| 3 | U.S. BANK NATIONAL ASSOCIATION<br>»» P/113 FERNWOOD AVE/1ST MTG | Mortgage Arrears | $50,938.38 | $23,093.18 | $27,845.20 |
| 4 | U.S. BANK NATIONAL ASSOCIATION<br>»» 113 FERNWOOD AVE/ORDER 3/6/18 | Mortgage Arrears | $881.00 | $881.00 | $0.00 |

**Chapter 13 Case No. 17-10669 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,118.00 | Percent to General Unsecured Creditors: 0% | |
| Paid to Claims: | $27,020.28 | Current Monthly Payment: | $1,303.00 |
| Paid to Trustee: | $1,833.50 | Arrearages: | $2,512.00 |
| Funds on Hand: | $1,264.22 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**