| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| In Re:<br>MIGUEL E. CUNHA<br>     DEBTOR |

Case No.:   17-10669

Chapter:    13

Judge:      Kaplan, Michael B.

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Specialized Loan Servicing LLC, creditor
(Example: John Smith, creditor)

      Old address:    Specialized Loan Servicing LLC

                              8742 Lucent Blvd, Suite 300

                              Highlands Ranch, CO 80129

      New address:   Specialized Loan Servicing LLC

                              6200 S. Quebec Street

                              Greenwood Village, CO 80111

      New phone no.:n/a
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   10/27/2020            /s/ Natalie Lea as Authorized Agent for Creditor
                              Signature

*rev.2/1/16*

4126-N-7068