UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Law Offices of Lee M. Perlman
Lee M. Perlman, Esquire
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
(856) 751-4224

Order Filed on May 11, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Miguel E. Cunha

Case No.: 17-10669

Chapter: 13

Judge: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 11, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Lee M. Perlman, Esquire_____, the applicant, is allowed a fee of $ _____200.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____200.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____689.00_____ per month for _____32_____ months to allow for payment of the above fee.

*rev.8/1/15*